Steven N. Kurtz, Esq. [SBN 125972]
Anne C. Manalili, Esq. [SBN 193483]
Angie S. Lee, Esq. [SBN 254018]
**LEVINSON ARSHONSKY & KURTZ, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile:  (818) 382-3433
E-Mail:    skurtz@laklawyers.com
           amanalili@laklawyers.com
           alee@laklawyers.com

Attorneys for
Jason M. Rund, Chapter 7 Trustee

**FILED & ENTERED**

**MAY 20 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum     DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BONANZA FOODS AND PROVISIONS, INC.<br><br>Debtor.<br><br>JASON M. RUND, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>AAA OIL, INC., a California corporation,<br><br>Defendant. | Case No. 2:13-bk-16651-RN<br><br>Chapter 7<br><br>Adv. Case No. 2:15-ap-01031-RK<br><br>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE TO A DATE AFTER THE LAST SETTLEMENT PAYMENT IS DUE ON CONDITION THAT NO FURTHER CONTINUANCES WILL BE ALLOWED**<br><br><u>Original Hearing Date</u><br>Date: May 31, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 1675<br>255 E. Temple Street<br>Los Angeles, CA<br><br><u>New Hearing Date</u><br>Date: August 23, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 1675<br>255 E. Temple Street<br>Los Angeles, CA |

On May 18, 2016, Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Bonanza Foods and Provisions, Inc. and the plaintiff in the above referenced adversary proceeding (the "Adversary Proceeding") filed the *Stipulation to Continue Status Conference to a Date after the Last Settlement Payment is Due* ("Stipulation").

1

After considering the Stipulation and for other good cause,

**IS IS ORDERED, ADJUDGED AND DECREED:**

1. The Stipulation is approved.

2. The status conference shall be continued to August 23, 2016 at 1:30 p.m.

3. The deadlines for all required filings shall also be continued accordingly.

4. The May 31, 2016 status conference is vacated. No apperances are required at the May 31, 2016 status conference.

5. **NO FURTHER CONTINUANCES WILL BE GRANTED. THIS COURT NORMALLY DOES NOT ALLOW A JUDGMENT CREDITOR TO CONTINUE ADVERSARY PROCEEDINGS JUST FOR THE COLLECTION OF A SETTLEMENT. NORMALLY, THE PARTIES SHOULD STIPULATE TO JUDGMENT OR DISMISSAL BY REASON OF SETTLEMENT WITH A PROPOSED ORDER FOR RESERVATION OF JURISDICTION FOR ENFORCEMENT.** *See*, 3 Wagstaffe, *Rutter Group Practice Guide: Federal Civil Procedure Before Trial*, ¶¶ 15:141 – 15:141.5 at 15-61 – 15-63 (2016), *citing inter alia, Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 1994). **THE COURT WILL ALLOW THIS ONE EXCEPTION BECAUSE THE CONTINUANCE REQUESTED IS BRIEF.**

IT IS SO ORDERED.

Date: May 20, 2016

_____
Robert Kwan
United States Bankruptcy Judge